```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 31804
   GLENDA G COBURN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-6073


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/26/04 and confirmed on 11/19/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  15752.60 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED           5025.00       346.92       5025.00
UNIFUND CCR PARTNERS       UNSECURED         2742.72          .00        685.68
CAPITAL ONE FINANCIAL      UNSECURED         1334.49          .00        333.62
CAPITAL ONE FINANCIAL      UNSECURED         1338.07          .00        334.52
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        11461.35          .00       2865.34
FULLIN MANDA DREAGER & A   UNSECURED       NOT FILED          .00           .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED          .00           .00
IHC RIVERSIDE EMERG PHYS   UNSECURED       NOT FILED          .00           .00
OMNI CREDIT SVCS OF SE F   UNSECURED       NOT FILED          .00           .00
PLEASANT PRAIRIE FIRE &    UNSECURED       NOT FILED          .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        10023.42          .00       2505.86
TRANSWORLD SYSTEMS INC     UNSECURED       NOT FILED          .00           .00
FORD MOTOR CREDIT CO       UNSECURED         3896.70          .00        974.18
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5025.00          .00      30796.75       .00       35821.75
PRINCIPAL PAID      5025.00          .00       7699.20       .00       12724.20
INTEREST PAID        346.92          .00           .00       .00         346.92
TOTAL PAID          5371.92          .00       7699.20       .00       13071.12
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2200.00
and was paid $    306.00  direct and $    1894.00  through the plan.

The Trustee received $     649.58 .

Refunds to the Debtor totaled $     137.90 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE